# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 21, 2012

Lyle W. Cayce
Clerk

No. 11-51011
Summary Calendar

JUAN MANUEL HERNANDEZ-ZAVALA,

Petitioner-Appellant

v.

UNITED STATES OF AMERICA; WARDEN, R.C.D.C. III Bureau of Prisons;
GEO GROUP,

Respondents-Appellees

Appeal from the United States District Court
for the Western District of Texas
(4:11-CV-48)

Before JOLLY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Juan Manuel Hernandez-Zavala, federal prisoner # 64912-097, an alien against whom the Bureau of Immigration and Customs Enforcement has issued a detainer subjecting him to immediate removal from the United States upon release from Bureau of Prisons (BOP) custody, moves this court to proceed in forma pauperis (IFP) to appeal the denial of his 28 U.S.C. § 2241 petition challenging the BOP's exclusion of him from rehabilitation programs and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-51011

halfway houses. His arguments are foreclosed by this court's decision in *Gallegos-Hernandez v. United States*, 688 F.3d 190, 192-93 (5th Cir. 2012), *petition for cert. filed* (Sept. 14, 2012) (No. 12-6450).

Accordingly, Hernandez-Zavala's motion to proceed IFP is DENIED, and his appeal is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2.